# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136786

NANCY ANNE JOYCE,
        Plaintiff-Appellee,

v

DENNIS ALLAN JOYCE,
        Defendant-Appellant.

SC: 136786
COA: 281175
Oakland CC: 2005-713656-DO

_____/

On order of the Court, the application for leave to appeal the April 2, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2008

Clerk